

**DAVIDOFF HUTCHER & CITRON LLP**
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

JAMES B. GLUCKSMAN, ESQ.
WRITER DIRECT (914) 381-7400 ext. 1004
JBG@DHCLEGAL.COM

BY ECF & ELECTRONIC MAIL

**MEMO ENDORSED**

August 8, 2022

Hon. Laura Swain Taylor
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: Dist. Ct. Case No.: 1:22-cv-01082-ALC (Lift Stay Appeal)
     Marco-Destin, Inc., Et. Al, Appellants

     Dist. Ct. Case No.: 1:22-cv- 04058-ALC (Claims Objection Appeal)
     Marco-Destin, Inc., Et. Al, Appellants

Honorable Judge:

  This letter is submitted to request, on consent of Marco Destin, Inc., 1000 Highway 98 East Corp., Panama Surf & Sport Inc., and E&T, Inc. ("Appellants") an extension of the time to file Appellee's Brief from August 15, 2022, to August 22, 2022.

DAVIDOFF HUTCHER & CITRON LLP

August 8, 2022
Hon. Laura Taylor Swain
U.S. District Court
Page 2

If the Court has any questions or concerns, please do not hesitate to contact this office.

Respectfully,

DAVIDOFF HUTCHER & CITRON, LLP

*Attorneys for L&L Wings, Inc., Appellee*

By: /s/ *James B. Glucksman*
    James B. Glucksman, Esq.

RLR/
cc:    BY ECF AND EMAIL
    Rachel Blumenfeld, Esq.
    Gary Murphree, Esq.
    Counsel for Appellants

The foregoing request for an extension is granted. Docket entry no. 12 in 22 CV4058 resolved.
SO ORDERED.
Dated: 8/9/2022
/s/ Laura Taylor Swain, Chief USDJ