UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE:
L&L WINGS, INC.,

                      Chapter 11

          Debtor.

-----------------------------------------------------------X      22 **CIVIL** 1082 (LTS)

MARCO DESTIN, INC., PANAMA SURF &
SPORT, INC., E&T, INC.,

                      **JUDGMENT**

         Appellants,

         v.

L&L WINGS, INC.,

         Appellee.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 1, 2023, Appellee's motion to dismiss the appeal is granted; accordingly, the case is closed.

**Dated:** New York, New York

     March 2, 2023

                                          **RUBY J. KRAJICK**

                                              **Clerk of Court**

                       **BY:**

                                              **Deputy Clerk**